Entered on Docket
June 04, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 04, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Plaintiff, Counterdefendant
and Chapter 7 Trustee, JOHN T. KENDALL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br>CYBERHOME ENTERTAINMENT, INC.,<br>    Debtor. | Case No. 06-41544<br>Chapter 7 |
| JOHN T. KENDALL, Trustee,<br>    Plaintiff,<br>    v.<br>TA CHONG BANK CO., LTD.,<br>    Defendant. | Adversary Proceeding No. 06-04282<br>**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**<br>Date: June 2, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom of<br>        The Honorable Edward D. Jellen |
| TA CHONG BANK CO., LTD.,<br>    Counterclaimant,<br>    v.<br>JOHN T. KENDALL, Trustee,<br>    Counterdefendant. | |

The captioned adversary proceeding ("Adversary Proceeding") is hereby dismissed with prejudice effective sixty (60) days from entry of this Order. Prior to expiration of the sixty (60) day period, counsel for either party may move to stay dismissal of the Adversary Proceeding and restore the Adversary Proceeding to the Court's status conference calendar.

*****END OF ORDER*****

# COURT SERVICE LIST

United States Trustee, Region 17
United States Department of Justice
1301 Clay Street, Suite 690N
Oakland, CA 94612-5217

James S. Monroe
Nixon Peabody LLP
1 Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996

Duane Morris LLP
San Francisco

DM3\734393.2 R1068-00001

3

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE – ADV PROC NO. 06-04282**

Case: 06-04282    Doc# 27    Filed: 06/04/08    Entered: 06/04/08 13:29:09    Page 3 of 3