Corporate Strategists
Attorneys at Law
Cedric T. Chou SBN 152583
James A. Shalvoy SBN 129503
1201 Morningside Drive
Suite 215
Manhattan Beach, CA 90266
Tel 310-796-0447
Fax 310-796-0277
chou@csfirm.com
shalvoy@csfirm.com

Attorneys for Secured Creditor
Ta Chong Bank Ltd.

**BY FAX**

*FILED*
*05 OCT -2 PM 3: 50*
*U.S. BANKRUPTCY COURT*
*NORTHERN DIST. OF CA.*
*OAKLAND, CA.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>CYBERHOME ENTERTAINMENT, INC.<br><br>Debtor. | ) Case No. 06-41544 J7<br>) (Chapter 7)<br>)<br>)<br>)<br>)<br>) **RESPONSE OF TA CHONG BANK**<br>) **LTD. TO MOTION FOR**<br>) **ORDER AUTHORIZING TRUSTEE TO**<br>) **SELL PROPERTY OF THE ESTATE**<br>) **FREE AND CLEAR OF INTERESTS**<br>)<br>) Date:  October 5, 2006<br>Time:  3:00 p.m.<br>Place: 1300 Clay Street<br>       Courtroom 215<br>       Oakland, CA 94612 |

Ta Chong Bank Ltd. ("TCB"), a secured creditor in the above matter, herein files this response to motion for order authorizing trustee to sell property of the estate free and clear of interests.

1.   **INTRODUCTION.**

Cyberhome Entertainment, Inc. ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code on

1

Case: 06-41544   Doc# 57   Filed: 10/02/06   Entered: 10/10/06 09:49:53   Page 1 of 4

September 5, 2006.  The Debtor was a distributor of home
electronics equipment and related products.  The Debtor's
schedules reflect approximately $52 million in assets and $65.5
million in liabilities.  TCB is a banking entity with its
principal place of business located in Taipei, Taiwan.  It is
listed in the Debtor's Schedule D as a secured creditor with a
claim of $42,319,407, i.e., approximately 64% of the Debtor's
total liabilities.  The Debtor's assets appear to consist of
approximately $42 million in accounts receivable, $200,000 in
cash, and $10 million in inventory and office equipment.  By the
instant motion, the Chapter 7 Trustee proposes to sell the
inventory and office equipment by auction.

TCB has only recently retained counsel in this matter
inasmuch as it is located in Taiwan and needed to retain counsel
in the United States.  As such, it respectfully requests a short
continuance of the hearing on this matter.  TCB has not had an
adequate opportunity to review and analyze the Debtor's schedules
and financial condition to determine whether the proposed auction
would provide maximum benefit to the estate.  TCB is not in a
position to determine whether it will support or oppose the
proposed sale but, as the largest secured creditor of the estate,
it respectfully requests adequate time to make that
determination.

**2.    CONCLUSION.**

For this reason, TCB respectfully requests that the
hearing on this matter be continued for 30 days to allow it
adequate time to review and analyze the Debtor's schedules and
financial condition.

2

Case: 06-41544    Doc# 57    Filed: 10/02/06    Entered: 10/10/06 09:49:53    Page 2 of 4

1          In the alternative, if the Trustee's motion is granted,

2    TCB requests that the Court order that the proceeds from the sale

3    be placed in an interest bearing account, subject to disbursement

4    only by subsequent order of the Court or by stipulation of the

5    parties.

6

7    Dated: October 2, 2006     CORPORATE STRATEGISTS
                                     ATTORNEYS AT LAW

10   Cedric T. Chou
11   James A. Shalvoy
    Attorneys for Creditor
    Ta Chong Bank Ltd.

3

Response To Trustee's Motion To Sell Assets

Case: 06-41544    Doc# 57    Filed: 10/02/06    Entered: 10/10/06 09:49:53    Page 3 of 4

1
2

**PROOF OF SERVICE**
**In re Cyberhome Entertainment, Inc.**
**Case No. 04-41544 J7**

3        I, James A. Shalvoy, declare:

4        1.   I am over the age of 18 and not a party to the

5  within action.   My business address is 1201 Morningside Drive,

6  Suite 215, Manhattan Beach, California 90266.

7        2.   On October 2, 2006, I served documents described

8  as:

9              Response of Ta Chong Bank Ltd. to motion for order
               authorizing trustee to sell property of the estate free
10             and clear of interests

11 on the parties to this action by causing same to be transmitted

12 by facsimile to:

13
14             Stephen T. O'Neill
               Law Offices of Murray and Murray
               19400 Stevens Creek Blvd., Suite 200
15             Cupertino, CA 95014
               Fax 650-852-9244
16
               Aron M. Oliner
17             Duane Morris LLP
               One Market Plaza
18             Spear Street Tower, Suite 2000
               San Francisco, CA 94105
19             Fax 415-957-3001

20             United States Trustee
               1301 Clay Street, Suite 690N
21             Oakland, CA 94612
               Fax 510-637-3220
22

23       I declare under penalty of perjury under the laws of

24 the United States of America that the foregoing is true and

25 correct.   Executed at Manhattan Beach, California on October 2,

26 2006.

27                                      _____
                                        James A. Shalvoy
28

                                    1
                           Proof of Service