Entered on Docket
February 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 20, 2007

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

CHARLES NOVACK, ESQ.
(Bar No. 127776)
LAW OFFICE OF CHARLES NOVACK
409 13th Street, 10th Floor
Oakland, California 94612
Telephone: (510) 465-1000
Facsimile: (510) 740-3575

Attorney for Trustee
John T. Kendall

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re**

**CYBERHOME ENTERTAINMENT, INC.,**

　　　　　　　　　　　　　Debtor.

Case No. 06-41544 EJ
Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL**

　　　　Upon the application of John T. Kendall, trustee of the estate of CyberHome Entertainment, Inc., debtor herein, dated February 9, 2007, for an order authorizing him to employ and retain the Law Office of Charles Novack as special counsel and upon the Declaration of Charles Novack, and it appearing that Charles Novack is duly admitted to practice before this Court, and the Court being satisfied that this firm represents no interest adverse to the debtor or the estate with respect to matters upon which he is to be engaged, that they are disinterested persons under §§101(14) and 327 of Title 11 U.S.C., that his employment is necessary and would be to the best interest of the estate, and sufficient cause appearing therefor;

　　　　**IT IS HEREBY ORDERED** that John T. Kendall, as trustee, be and he hereby is, authorized to employ and retain the Law Office of Charles Novack as special counsel to perform all of the legal services set forth in the annexed application, with such compensation as is approved by this Court.

　　　　　　　　　　　　　　　　　　　　***END OF ORDER***

Order to Employ Attorney

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | U. S. Trustee |
|   | 1301 Clay Street, Suite 690N |
| 4 | Oakland, CA  94612-5202 |
| 5 | John T. Kendall |
|   | Trustee in Bankruptcy |
| 6 | 2411 Santa Clara Avenue, Suite 12 |
|   | Alameda, CA 94501 |
| 7 | |
|   | Charles Novack |
| 8 | Law Office of Charles Novack |
|   | 401 13th Street, 10th Floor |
| 9 | Oakland, CA 94612 |
| 10 | Stephen T. O'Neill |
|    | Murray & Murray |
| 11 | 19400 Stevens Creek Blvd., #200 |
|    | Cupertino, CA 95014-2548 |
| 12 | |
|    | **Aron M. Oliner** |
| 13 | Duane Morris LLP |
|    | One Market Street |
| 14 | Spear Street Tower, Suite 2000 |
|    | San Francisco, CA 94105-1104 |
| 15 | |
| 16 | **Koninklijke Philips Electronics N.V.** |
|    | c/o William H. Kiekhofer, III |
| 17 | Mayer, Brown, Rowe & Maw LLP |
|    | 350 South Grand Avenue, 25th Floor |
| 18 | Los Angeles, CA 90071-1503 |
| 19 | **Metric & Inch In One Tools, Inc.** |
|    | Attn: Fred Reinstein |
| 20 | 11100 Santa Monica Blvd. #560 |
|    | Los Angeles, CA 90025 |
| 21 | |
|    | **Metric & Inch In One Tools, Inc.** |
| 22 | c/o Latham & Watkins LLP |
|    | 600 West Broadway, Suite 1800 |
| 23 | San Diego, CA 92101-3375 |
| 24 | **DLA Piper Rudnick Gray Cary** |
|    | PO Box 64029 |
| 25 | Baltimore, MD 21264-4029 |
| 26 | |
| 27 | |
| 28 | |

1. **DLA Piper US LLP**
   c/o Ricahrd M. Kremen, Esq.
   The Marbury Building
   6225 Smith Ave.
   Baltimore, MD 21209-3600

2. **Toshiba Corporation**
   c/o Carey R. Ramos, Paul, Weiss,
   Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064

3. **Toshiba Corporation**
   c/o Peter L. Isola
   Davis Wright Tremaine LLP
   505 Montgomery Street, Suite 800
   San Francisco, CA 94111-6533

4. **James Carroll**
   4524 25th Street
   San Francisco, CA 94114

5. **Ta Chong Bank Ltd.**
   c/o James A. Shalvoy
   1201 Morningside Drive, Suite 215
   Manhattan Beach, CA 90266-4765