Entered on Docket
June 09, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 06, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
JOHN T. KENDALL

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CYBERHOME ENTERTAINMENT, INC.,<br><br>Debtor. | Case No. 06-41544 J7<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH TA CHONG BANK LTD.** |

On the basis of the Application for Entry of Order Authorizing Trustee to Compromise Controversy with Ta Chong Bank Ltd. (the "Application") submitted by John T. Kendall, Chapter 7 Trustee ("Trustee"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved;

2. The parties are authorized to execute any and all documents and to take any and all steps necessary and proper to compromise the controversy as described in the Application; and

3. Claim No. 58 filed by Ta Chong Bank Ltd. on or about December 22, 2006 ("Proof of Claim"), shall be allowed as a general unsecured claim in the amount of

DM3\726384.1 R1068-00001
1
ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH
TA CHONG BANK LTD. – CASE NO. 06-41544 J7

DUANE MORRIS LLP
SAN FRANCISCO

Case: 06-41544   Doc# 166   Filed: 06/06/08   Entered: 06/09/08 11:27:21   Page 1 of 3

$65,000,000.00, which figure assumes application of the Account Balance, as defined in the Application. The balance of the Proof of Claim shall be disallowed in its entirety.

**\*\*\* END OF ORDER \*\*\***

Duane Morris LLP
San Francisco

# COURT SERVICE LIST

United States Trustee, Region 17
United States Department of Justice
1301 Clay Street, Suite 690N
Oakland, CA 94612-5217

James S. Monroe
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Aron M. Oliner
Geoffrey A. Heaton
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104