JOHN T. KENDALL
Trustee
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501
(510)523-9821

**FILED**
OCT 27 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 06-41544 EDJ |
| CYBERHOME ENTERTAINMENT, INC. | Chapter 7 |
| Debtor. | NOTICE OF UNCLAIMED <u>DIVIDENDS</u> |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15.62. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim#   Name of Claimant   Claim Amount   Dividend Amount

See attached schedule

Total Unclaimed Dividends $ 15.62

Dated: 10/22/08

JOHN T. KENDALL, Trustee

Printed: 10/22/08 02:29 PM  
Page: 1

# Claims Distribution Small Checks

Trustee: JOHN T. KENDALL (007360)

Case: 06-41544 - CYBERHOME ENTERTAINMENT INC.,

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 31208752466 | 176 | 10/22/08 | | | | Payee: U S BANKRUPTCY COURT | | | Check Amount: | $15.62 |
| | | | 6 | 10/10/06 | 610 | Paul Vaughan<br>1095 Il Rt 130<br>Greenup, IL 62428 | 72.59 | 72.59 | 1.19 | 1.19 |
| | | | 10 | 10/11/06 | 610 | Sondra Dubon<br>7047 Sage Ln<br>Knoxville, TN 37931 | 122.06 | 122.06 | 2.00 | 2.00 |
| | | | 12 | 10/16/06 | 610 | Sharon Mondt<br>Box 21<br>Pelican Rapids, MN 56472 | 118.41 | 118.41 | 1.94 | 1.94 |
| | | | 15 | 10/19/06 | 610 | Florentina Fingar<br>26945 Merlot River<br>Kingwood, TX 77339 | 110.00 | 110.00 | 1.80 | 1.80 |
| | | | 17 | 10/24/06 | 610 | Waste Management RMC<br>2421 W Peoria Ave.<br>Phoenix, ZA 85029 | 49.82 | 49.82 | 0.81 | 0.81 |
| | | | 19 | 10/30/06 | 610 | Karen McClish<br>PO Box 37<br>Radium Springs, NM 88054 | 109.96 | 109.96 | 1.79 | 1.79 |
| | | | 24 | 11/06/06 | 610 | Monte Wampler<br>3913 SE 14th Street<br>Del City, OK 73115 | 140.88 | 140.88 | 2.30 | 2.30 |
| | | | 27 | 11/09/06 | 610 | Thelma Baker<br>3300 W. Scott Street<br>Pensacola, FL 32505 | 132.56 | 132.56 | 2.16 | 2.16 |
| | | | 38 | 12/14/06 | 610 | Gayle Frank<br>117 Norstad St<br>San Jose, CA 92128 | 99.99 | 99.99 | 1.63 | 1.63 |

(*) Denotes objection to Amount Filed

Case: 06-41544    Doc# 215    Filed: 10/27/08    Entered: 11/07/08 11:11:13    Page 2 of 2